# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SAMUEL LEE HAMILTON, JR.

NO. 2025 KW 0725

**OCTOBER 23, 2025**

---

In Re:   Samuel Lee Hamilton, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-88-0898.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED.** The record of the East Baton Rouge Parish Office of the Clerk of Court shows that on June 9, 2025, the district court signed an Order and set July 10, 2025, as the return date to file a supervisory writ with this court regarding the ruling on the motion for new trial. Relator's request for mandamus relief regarding the notice of intent for the motion for new trial is moot. There is no record of a notice of intent for supervisory review of the ruling on the motion for post-verdict judgment of acquittal. Relator can seek review of the rulings on his motion for new trial and motion for post-verdict judgment of acquittal without the necessity of obtaining a return date. In the event relator elects to file a new application with this court, the application shall be filed on or before December 29, 2025. Any future filing should include the entire contents of this application and a copy of this ruling.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT